HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL J. MILLER, et al.,

    Plaintiffs,

  v.

HAROLD S. MCCLOUD, et al.,

    Defendants.

CASE NO. C13-911RAJ

ORDER

In its February 24, 2014 order (Dkt. # 19), the court permitted Plaintiffs to conduct discovery related to their assertion that this court has personal jurisdiction over Defendants. In accordance with that order, the Plaintiffs have filed a statement (Dkt. # 21) in which they have elected not to pursue their contention that this court has personal jurisdiction over Defendants, and have consented to transfer this action to the United States District Court for the District of Colorado.

The court directs the clerk to TRANSFER this action to the United States District Court for the District of Colorado.

DATED this 22nd day of April, 2014.

                                              */s/ Richard A. Jones*

                                              The Honorable Richard A. Jones
                                              United States District Court Judge

ORDER – 1